501 A.2d 633

**COMMONWEALTH of Pennsylvania**

**v.**

**Eric Jetson LYONS, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 9, 1985.

Petition for Allowance of Appeal GRANTED, No. 120 W.D. Appeal Docket 1985.